UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MILDRED SUSAN HILL, et al., | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:23-cv-00902-RDP-JHE |
| WARREN AVERETT, LLC, et al., | } |
| Defendants. | } |

### ORDER

On February 21, 2024, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and *de novo* review of the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** the Magistrate Judge's recommendation that Plaintiffs' Motion to Unseal Order (Doc. # 6) be **GRANTED**. The court **DIRECTS** Judge England to unseal the dispositive ruling entered on September 30, 2021 (Doc. # 94) in *James P. Key v. Warren Averett, LLC et al.*, Case No. 2:19-cv-1443-JHE (N.D. Ala. Sept. 30, 2021).

The court further **ACCEPTS** the recommendations of the Magistrate Judge that Defendants' Motion for Leave to File Under Seal (Doc. # 12) be **DENIED AS MOOT**.

**DONE** and **ORDERED** this March 25, 2024.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE